N. B. Wass v. Louis Glaser, Joseph Glaser and Adoplh Glaser, *Co-Partners, Doing Business Under the Firm Name and Style of* Glaser Brothers.

*Error from the District Court of Canadian County.*

*Forest & Gunn*, for plaintiff in error.

*Dille & Schmook*, for defendant in error.

Per Curiam: By the stipulation of counsel it is agreed that the judgment in this case shall follow the judgment in the case entitled *N. B. Wass and Lydia A. Wass v. the Tennent-Stribbling Shoe Co.* (published in this volume, p. 152.) In accordance with such stipulation the decision of the lower court is affirmed.